IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

APR 21 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Case Number: 4:16-MJ-248 |
| V. § | |
| § | Charging District Case No.: |
| § | Bankruptcy Court 14-50177 |
| ARMANDO GUTIERREZ, JR. (01) | |
| TERRI GUTIERREZ (02)        § | |

## ORDER REQUIRING DEFENDANTS TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The Defendants having appeared before this Court pursuant to Rule, Federal Rules of Criminal Procedure, and proceedings having been concluded, and Defendants are ORDERED

[✓] released.

IT IS ORDERED that the Defendants be held to answer in the United States Bankrutpcy Court for the Southern District of Texas, Laredo Division, and shall appear at all proceedings as required.

The Defendant shall next appear at the United States Bankruptcy Court located in Laredo, Texas on Friday, April 29, 2016 at 9:00 a.m. before Judge David Jones.

SIGNED April 21, 2016

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE